JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IWATANI CORPORATION OF AMERICA, | No. 8:24-cv-00192 JVS (KESx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL [272]** |
| v. | |
| NEL ASA, et al., | |
| Defendants. | Judge: Hon. James V. Selna |

#3149035v1 I9464 002

All parties jointly stipulate to the dismissal with prejudice of each and every claim and counterclaim in the above-referenced action.

IT IS HEREBY ORDERED that the action is dismissed, with prejudice.

IT IS FURTHER ORDERED that each party is to bear its own costs, expenses, and attorneys' fees incurred in this action.

IT IS FURTHER ORDERED that the Clerk of the Court shall update the docket accordingly.

IT IS SO ORDERED

Dated:  July 08, 2026

_____
Honorable James V. Selna
United States District Judge

#3149035v1 I9464 002